# Third District Court of Appeal

## State of Florida

Opinion filed March 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0605
Lower Tribunal No. 23-1061-CA-01
_____

**Omosa A. Ade**,
Appellant,

vs.

**Public Health Trust of Miami-Dade County**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Omosa A. Ade, in proper person.

Geraldine Bonzon-Keenan, Miami-Dade County Attorney and Eric A. Rodriguez, Assistant County Attorney, for appellee.

Before FERNANDEZ, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Est. of Herrera v. Berlo Indus., Inc.</u>, 840 So. 2d 272, 273 (Fla. 3d DCA 2003) ("Summary judgment may be granted, even though discovery has not been completed, when the future discovery will not create a disputed issue of material fact."); <u>Gidwani v. Roberts</u>, 248 So. 3d 203, 208 (Fla. 3d DCA 2018) ("A party cannot simply attach unsworn or unauthenticated documents to a motion for summary judgment and satisfy the procedural requirements of Florida Rule of Civil Procedure 1.510(e)."); <u>Binford v. City of Winter Springs</u>, 969 So. 2d 1098, 1099 (Fla. 5th DCA 2007) ("It is well established that an affidavit in opposition to summary judgment which is filed on the day of the summary judgment hearing is untimely and the trial court has discretion to disregard it.").